# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5ᵗʰ day of February, two thousand and fourteen.

Before:      Ralph K. Winter,
                *Circuit Judge,*
_____

Kenneth Achille,

    Plaintiff - Appellant,

v.

Chestnut Ridge Transportation, Inc.,

    Defendant - Appellee.
_____

**ORDER**
Docket No. 13-1330

      Appellant's counsel moves for permission to proceed on the original record and for an extension of time until May 23, 2014, to file the Appellant's brief.

      IT IS HEREBY ORDERED that the motion is GRANTED in part. Appellant's request to proceed without filing an appendix is GRANTED according to Local Rule 30.1(e)(1). An extension of time to file Appellant's brief is granted until March 28, 2014. However, the appeal is dismissed effective March 28, 2014, unless a brief is filed by that date. A motion for reconsideration or other relief will not stay the effectiveness of this order. See RLI Ins. Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013). Also, counsel is advised that a claim of lack of knowledge of this order will not vitiate its effect. The court has attempted to contact counsel repeatedly over various matters with no effect. A further attempt will be made to contact counsel by phone with regard to this matter.

                                            For the Court:

                                            Catherine O'Hagan Wolfe,

                                            Clerk of Court

